# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| CHIJIOK JOSHUA OKORIE,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>TOM MILLER; LEO RODRIGUEZ; JEH CHARLES JOHNSON; DAVID DOUGLAS; and JAMES COMEY,<br><br>　　　　Defendants. | No. 4:16-cv-00611-JAJ<br><br><br>**ORDER** |

　　　　This matter comes before the court pursuant to the complaint filed herein on November 23, 2016. When the plaintiff failed to timely serve the defendants, the clerk gave notice on April 12, 2017 that the matter would be dismissed without prejudice against all defendants unless service of process was made or good cause for not dismissing the case was shown. The plaintiff was given two weeks to accomplish this. Nothing has been filed since.

　　　　Upon the foregoing,

　　　　**IT IS ORDERED** that this matter is dismissed without prejudice against all defendants for failure to make service of process or demonstrate good cause for not dismissing it. The clerk shall enter judgment accordingly.

　　　　**DATED** this 3rd day of May, 2017.

JOHN A. JARVEY, Chief Judge
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA